FILED
CLERK, U.S. DISTRICT COURT
FEB 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN WILLIAMS,<br><br>          Petitioner,<br><br>     v.<br><br>ANTHONY MALFI, Warden,<br><br>          Respondent. | Case No. CV 06-4637-DOC (JTL)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Third Amended Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED: February 26, 2008

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE